# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**235**

**CA 16-00235**

PRESENT: WHALEN, P.J., CENTRA, PERADOTTO, DEJOSEPH, AND SCUDDER, JJ.

DANA S. HORVATH, AS EXECUTOR OF THE ESTATE OF
JUDITH L. HUTCHINSON (DECEASED),
PLAINTIFF-RESPONDENT,

V                                                                    ORDER

JAMES M. HUTCHINSON, JR., AS ADMINISTRATOR OF
THE ESTATE OF DAVID R. HUTCHINSON, DECEASED,
DEFENDANT-APPELLANT.

LIONEL LEE HECTOR, WATERTOWN, FOR DEFENDANT-APPELLANT.

SCHWERZMANN & WISE, P.C., WATERTOWN (KEITH B. CAUGHLIN OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Jefferson County
(James P. McClusky, J.), entered June 26, 2015 in a divorce action.
The judgment, among other things, granted a divorce, nunc pro tunc.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  March 24, 2017                          Frances E. Cafarell
                                                  Clerk of the Court